IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHAVELA N. DEAN,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 1:16-cv-454<br>) |
| LIBERTY MUTUAL GENERAL<br>INSURANCE GROUP,<br>    Defendant. | ) JURY DEMAND<br>)<br>) |

## STIPULATION AND ORDER OF NONSUIT

In this cause, the plaintiff having announced the taking of a voluntary nonsuit per F.R.C.P. 41(a)(1)(ii); it is,

**ORDERED,** that this cause be, and the same hereby is, dismissed without prejudice to the plaintiff, and the costs are adjudged against the plaintiff for which execution may issue.

ENTER this _____ day of _____, 2016.

_____
JUDGE

APPROVED FOR ENTRY:

WARREN & GRIFFIN, P.C.

BY: _s/ C. Mark Warren_____
C. Mark Warren    BPR#: 013992
Attorney for Plaintiff
736 Georgia Avenue - Suite 600
Chattanooga, Tennessee 37402
(423) 265-4878

STITES & HARBISON, PLLC

BY: s/ John R. Wingo
John R. Wingo        BPR#: 16955
401 Commerce Street, Suite 800
Nashville, TN 37219-2490
(615) 782-2263