IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHAVELA N. DEAN, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>LIBERTY MUTUAL GENERAL )<br>INSURANCE GROUP, )<br>    Defendant. ) | Civil Action No. 1:16-cv-454<br><br>JURY DEMAND |

## STIPULATION AND ORDER OF NONSUIT

In this cause, the plaintiff having announced the taking of a voluntary nonsuit per F.R.C.P. 41(a)(1)(ii); it is,

**ORDERED,** that this cause be, and the same hereby is, dismissed without prejudice to the plaintiff, and the costs are adjudged against the plaintiff for which execution may issue.

ENTER this 30th day of November, 2016.

_____
JUDGE

APPROVED FOR ENTRY:

WARREN & GRIFFIN, P.C.

BY: s/ C. Mark Warren
C. Mark Warren    BPR#: 013992
Attorney for Plaintiff
736 Georgia Avenue - Suite 600
Chattanooga, Tennessee 37402
(423) 265-4878

STITES & HARBISON, PLLC

BY: s/ John R. Wingo
John R. Wingo        BPR#: 16955
401 Commerce Street, Suite 800
Nashville, TN 37219-2490
(615) 782-2263